

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
SAM GRIFFITH
DIANE DeVASTO

# TWELFTH COURT OF APPEALS

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

Thursday, January 13, 2005

Ms. Susan D. Bonnen
Assistant Attorney General
Transportation Division
P.O. Box 12548
Austin, TX 78711-2548

Mr. E. Robert Human
Flowers Davis, PLCC
1021 ESE Loop 323
Suite 200
Tyler, TX 75701

Ms. Celia S. Flowers
Flowers-Davis, PLLC
1021 ESE Loop 323
Suite 200
Tyler, TX 75701

**RE:** Case Number:               12-04-00010-CV
      Trial Court Case Number:  44,456-A

**Style:** The State of Texas
        v.
        Donald Howard Davis

You are hereby notified that in the above-described case, the following decision and order was this day made and entered by this Court:

"THIS DAY came on for review the status of the instant appeal. Due to Mr. Robert E. Human's failure to comply with this Court's letter of October 18, 2004, the clerk's telephone call of November 29, 2004, requesting proof of reinstatement to the State Bar, and this Court's order entered on December 16, 2004, it is hereby **ORDERED** that Mr. E. Robert Human is hereby removed as lead counsel for the Appellee and Ms. Celia Flowers is placed on the docket as lead counsel for the Appellee."

Very truly yours,

CATHY S. LUSK, CLERK

By: *Katrina McClenny*
    Katrina McClenny, Chief Deputy Clerk